**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6359**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JERITON LAVAR CURRY, a/k/a Cheese,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:16-cr-00074-MOC-SCR-2)

Submitted:  July 29, 2025                                    Decided:  August 7, 2025

Before WYNN, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeriton Lavar Curry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeriton Lavar Curry appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  Before addressing the merits of the appeal, we deny Curry's motion to seal.  In addition, we have reviewed the record, and we conclude that the district court did not abuse its discretion in denying Curry's motion for compassionate release.  *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review).  The district court addressed Curry's arguments that extraordinary and compelling reasons existed for his release, specifically explained why it rejected those arguments, and explained why the 18 U.S.C. § 3553(a) factors weighed against a sentence reduction.  Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*